UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JELBER D.O.,

   Plaintiff,

           No. 1:26-cv-00471-TLN-DMC

  v.

           **ORDER**

TIMOTHY S. ROBBINS, et al.,

   Defendants.

On January 23, 2026, Respondents filed a Status Update and Motion to Dismiss the case, noting that in attempting to execute the Court's Order granting Petitioner's Motion for a Temporary Restraining Order ("TRO"), they discovered Petitioner is not detained within the jurisdiction of the Eastern District of California.  (ECF No. 9 at 1.)  Respondents contend their records reflect Petitioner has been in custody at the Adelanto Processing Center in Adelanto, California (*id.*), despite Petitioner's assertion he was transferred to the California City Corrections Center (ECF No. 1 ¶ 4).  Respondents therefore request the Court vacate its Order granting the TRO and either dismiss the Petitioner or transfer the case to the Central District of California in the interest of justice.  (ECF No. 9 at 2.)

In response, Petitioner filed a Statement of Non-Opposition to transferring the case to the Central District of California but requested the Court not dismiss the matter to prevent Petitioner

1

from being removed from California.  (ECF Nos. 10, 11.)

On February 2, 2026, the Court subsequently issued a Minute Order ordering Respondents to file a further status report with Petitioner's A number and any records in Respondents' possession regarding Petitioner's detention since December 23, 2025.  (ECF No. 12.)

Respondents filed a status report the same day, noting Petitioner was originally detained in Ventura, California on December 23, 2025, transferred to the custody of U.S. Immigration and Customs Enforcement ("ICE") the same day, transferred to Adelanto ICE Processing Center on December 26, 2025, and released from ICE custody on January 28, 2026.  (ECF No. 13 at 1.) Respondents indicated they communicated with Petitioner's counsel who has indicated non-opposition to dismissal of Petitioner's habeas petition.  (*Id.*)  Indeed, in an email exchange attached to the status update, Petitioner's counsel indicates he previously filed a Statement of Non-Opposition but was willing to sign a stipulation to dismiss the matter.  (ECF No. 13-2 at 1.) However, no such stipulation was filed with this Court.

Moreover, Petitioner has filed a related case in the U.S. District Court for the Central District of California (Case 2:26-cv-00757-ODW-AGR).

In light of the foregoing, the Court hereby TRANSFERS this action to the U.S. District Court for the Central District of California and DENIES Respondents' Motion to Dismiss (ECF No. 9) as moot.

IT IS SO ORDERED.

Date: February 12, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2